# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0327

VERSUS

JASMINE NELSON

**APRIL 29, 2022**

---

In Re:    Jasmine Nelson, applying for rehearing, 22nd Judicial District Court, Parish of St. Tammany, No. 1526 F 2020.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing is not considered if this court denied the original writ application. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

DEPUTY CLERK OF COURT
FOR THE COURT